UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00141-CDS-EJY |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| BOBBI MAUCK, | |
| Defendant. | |

    Pending before the Court is Defendant's Motion for Appointment of Counsel to assist her with a supervised release matter before this Court. ECF No. 5. The Court has reviewed the financial affidavit provisionally filed under seal (ECF No. 8) and finds Defendant is not financially capable of retaining counsel on her own behalf.

    Accordingly, IT IS HEREBY ORDERED that the Motion for Appointment of Counsel (ECF No. 5) is GRANTED.

    IT IS FURTHER ORDERED that the Motion Seeking Leave to File Defendant's Financial Affidavit Under Seal (ECF No. 7) is GRANTED.

    IT IS FURTHER ORDERED that Defendant's Financial Affidavit (ECF No. 8) is and shall remain sealed.

    Dated this 28th day of November, 2022.

                                                           ELAYNA J. YOUCHAH
                                                           UNITED STATES MAGISTRATE JUDGE